# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER BASKIN

NO. 2019 KW 1415

**DEC 2 3 2019**

---

In Re:   Christopher Baskin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-18-0763.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED IN PART AND DENIED IN PART.** The district court is ordered to proceed toward disposition of relator's *pro se* "Motion to Discover and Disclose Evidence Favorable to Defense" and *pro se* "Motion for Reappointment of Defense Counsel," filed September 11, 2019, if it has not already done so. However, as the online record of the East Baton Rouge Parish Clerk of Court's Office does not reflect receipt of relator's *pro se* "Petition for Writ of Habeas Corpus," relator should file the petition with the clerk of court of the district court before seeking relief from this court.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT